**The Cobbler**

| No | IP | HitDate UTC (mm/dd/yy) | File Hash | ISP | City | County |
|---|---|---|---|---|---|---|
| 1 | 24.118.175.104 | 5/17/15 01:14:55 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Comcast Cable | River Falls | Pierce |
| 2 | 68.187.100.235 | 5/9/15 10:17:04 PM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Plover | Portage |
| 3 | 24.159.246.134 | 5/7/15 01:26:44 PM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Evansville | Rock |
| 4 | 24.159.245.234 | 5/4/15 12:26:12 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Evansville | Rock |
| 5 | 96.41.241.66 | 5/3/15 03:31:21 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Eau Claire | Eau Claire |
| 6 | 71.95.79.159 | 5/2/15 06:05:58 PM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Rhinelander | Oneida |
| 7 | 24.240.55.180 | 5/2/15 01:05:53 PM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Baraboo | Sauk |
| 8 | 97.91.71.104 | 5/1/15 10:11:57 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Wisconsin Rapids | Wood |
| 9 | 66.190.31.238 | 4/30/15 01:31:14 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | La Crosse | La Crosse |
| 10 | 66.168.20.233 | 4/29/15 11:29:14 PM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Middleton | Dane |
| 11 | 24.240.61.139 | 4/29/15 05:14:09 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Janesville | Rock |
| 12 | 71.13.10.54 | 4/29/15 12:40:49 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Beloit | Rock |
| 13 | 24.241.159.178 | 4/27/15 12:58:22 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Marshfield | Wood |
| 14 | 75.134.31.70 | 4/26/15 04:42:00 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Edgerton | Rock |
| 15 | 24.196.74.62 | 4/23/15 11:12:14 PM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Waunakee | Dane |
| 16 | 68.112.200.81 | 4/23/15 03:15:54 PM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Sun Prairie | Dane |
| 17 | 71.90.79.162 | 4/23/15 05:01:18 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Madison | Dane |
| 18 | 96.40.226.106 | 4/23/15 04:48:26 AM | SHA1: 447A36DB731A95D251A187FA109EB33299EA3E19 | Charter Communications | Madison | Dane |

**Exhibit B**